1  ROBERT J. CALDWELL, ESQ.
   Nevada Bar No. 007637
2  **KOLESAR & LEATHAM, CHTD.**
   3320 W. Sahara Avenue, Suite 380
3  Las Vegas, Nevada  89102
   Telephone:  (702) 362-7800
4  Facsimile:  (702) 362-9472
   E-mail:    rcaldwell@klnevada.com
5
   Attorney for Plaintiff,
6  ELAN MICROELECTRONICS CORP.

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  ELAN MICROELECTRONICS            Case No.: 2:10-cv-00014-GMN-PAL
    CORPORATION,
11                                   **ORDER EXTENDING TIME FOR**
                   Plaintiff,        **DEFENDANT TO ANSWER**
12                                   **(First Request)**
         vs.
13
    PIXCIR MICROELECTRONICS CO. LTD.,
14
                   Defendant.
15

16      **AT THE REQUEST OF THE PLAINTIFF,** service on the Defendant having been

17  recently effectuated through the Hague Convention, the time for the Defendant to answer the

18  Complaint on file herein is hereby extended through October 4, 2010.

19      DATED and DONE this 25th day of August, 2010.

20

21  _____

22  Respect]                         Gloria M. Navarro
                                     United States District Judge
23  **KOLESAR & LEATHAM, CHTD.**

24

25  Robert J. Caldwell, Esq.
    3320 West Sahara Avenue, Suite 380
26  Las Vegas, Nevada 89102

27  Attorney for Plaintiff,
    ELAN MICROELECTRONICS CORP.
28

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

793866.doc (7735-2)              Page 1 of 1