ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 7637
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 8024
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-mail:   rcaldwell@klnevada.com
          mchristian@klnevada.com

SEAN P. DEBRUINE, ESQ.
Admitted *Pro Hac Vice*
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 200
Menlo Park, California 94025
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
E-mail:   sean.debruine@alston.com

Attorneys for Plaintiff,
ELAN MICROELECTRONICS
CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>Defendant. | Case No.: 2:10-cv-00014-RCJ-PAL<br><br>**DECLARATION OF JASON A. ENGLUND IN SUPPORT OF OPPOSTION TO PIXCIR MICROELECTRONICS CO. LTD'S. MOTION TO DISMISS FOR LACK OF JURISDICTION** |

Jason A. Englund, hereby declares the following under penalty of perjury:

1. I am over the age of 18 years old and I reside in San Jose, Santa Clara County, California. I have personal knowledge of the following facts, and if called to testify I could and would testify competently to the matters stated herein.

2. On December 7, 2009, I purchased two (2) Acer Aspire 5738PG-6306 laptops

1  from Cost Central for $1,884.39, including shipping.  The laptops were shipped to my attention
2  at 3000 El Camino Real, 2 Palo Alto Square, Suite 400, Palo Alto CA 94306.  **Exhibit A** is a
3  true and correct copy of the invoice from Cost Central.  According to their website,
4  CostCentral.com is located in Erie Pennsylvania.

5      3.    In addition to Costcental.com, at the time I made that purchase the above laptop
6  was also available from other websites, including at least Tigerdirect.com and Amazon.com.  I
7  chose Costcental.com based on the fact that their shipping fees were the lower, rendering it the
8  lowest cost option at the time.

9      4.    I declare under penalty of perjury, under the laws of the State of Nevada
10  (NRS 53.045) and under the laws of the United States of America, that the foregoing is true and
11  correct.

13  EXECUTED this 21st day of October, 2010, in Menlo Park, California

16  _____
    Jason A. Englund

KOLESAR & LEATHAM, CHTD.
3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Tel: (702) 362-7800 / Fax: (702) 362-9472

# CERTIFICATE OF SERVICE

I hereby certify that I am a shareholder of Kolesar & Leatham, Chtd., and that on the 21st day of October, 2010, I caused to be served a true and correct copy of foregoing **DECLARATION OF JASON A. ENGLUND IN SUPPORT OF OPPOSTION TO PIXCIR MICROELECTRONICS CO. LTD'S. MOTION TO DISMISS FOR LACK OF JURISDICTION** in the following manner:

(ELECTRONIC SERVICE)  Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

W. West Allen
Lewis and Roca, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169

*Attorneys for Defendant*
*Pixcir Microelectronics Corporation*

(UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

| | |
|---|---|
| Robert E. Krebs, Esq.<br>Ronald F. Lopez, Esq.<br>Christopher L. Ogden, Esq.<br>Nixon Peabody LLP<br>2 Palo Alto Square<br>3000 El Camino Real<br>Suite 500<br>Palo Alto, California 94306-2106<br><br>*Attorneys for Defendant*<br>*Pixcir Microelectronics Corporation* | Kenneth D'Alessandro, Esq.<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br><br>*Attorneys for Defendant*<br>*Pixcir Microelectronics Corporation* |

DATED this 21st day of October, 2010.

KOLESAR & LEATHAM, CHTD.

By: _____
ROBERT J. CALDWELL, ESQ.