1  SEAN P. DEBRUINE (admitted *pro hac vice*)
   sean.debruine@alston.com
2  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
3  Menlo Park, California  94025
   Telephone:       650-838-2000
4  Facsimile:       650-838-2001

5  ROBERT J. CALDWELL (Bar No. 007637)
   rcaldwell@klnevada.com
6  MATTHEW J. CHRISTIAN (Bar No. 008024)
   mchristian@klnevada.com
7  E. DANIEL KIDD (Bar No. 010106)
   dkidd@klnevada.com
8  KOLESAR & LEATHAM, CHTD.
9  400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada  89145
10 Telephone: (702) 362-7800
   Facsimile:  (702) 362-9472
11
   Attorneys for Plaintiff
12 ELAN MICROELECTRONICS CORPORATION

13
14                        **UNITED STATES DISTRICT COURT**
15                              **DISTRICT OF NEVADA**

16  ELAN MICROELECTRONICS                  Case No. 2:10-cv-00014-GMN-(PAL)
17  CORPORATION,
                                           **ORDER GRANTING
18            Plaintiff,                   ELAN MICROELECTRONICS
                                           CORPORATION'S MOTION TO FILE
19       v.                                UNDER SEAL**

20  PIXCIR MICROELECTRONICS CO. LTD.,

21            Defendant.

22
23
24
25
26
27
28

1    The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under
2    Seal, filed on October 21, 2011.  Good cause appearing, Elan's motion is hereby GRANTED.  It is
3    hereby ORDERED that the following documents may be filed under seal:
4    1.    Elan Microelectronics Corporation's Opposition to Pixcir Microelectronics Co.
5    Ltd.'s ("Pixcir's") Renewed Motion to Dismiss for Lack of Personal Jurisdiction.
6    2.    [Proposed] Order Denying Pixcir's Renewed Motion to Dismiss for Lack of
7    Personal Jurisdiction.
8    3.    Elan's Motion for Sanctions for Pixcir's Abuse of the Judicial Process.
9    4.    Declaration of Sean P. DeBruine in Support of Elan's (1) Opposition to Pixcir's
10   Renewed Motion to Dismiss, (2) Motion for Sanctions for Abuse of the Judicial Process, and (3)
11   Motion for Sanctions for Failure to Provide Discovery.
12   5.    Exhibits G-O to the Declaration of Sean P. DeBruine in Support of Elan's (1)
13   Opposition to Pixcir's Renewed Motion to Dismiss, (2) Motion for Sanctions for Abuse of the
14   Judicial Process, and (3) Motion for Sanctions for Failure to Provide Discovery.
15   **IT IS SO ORDERED** this 24th day of October, 2011.

_____
Gloria M. Navarro
United States District Judge

1 | Respectfully submitted,

4 | By: _____/s/ Sean P. DeBruine_____
    Robert J. Caldwell, Esq.
    Nevada Bar No. 7637
    **KOLESAR & LEATHAM, CHTD.**
    Matthew J. Christian, Esq.
    Nevada Bar No. 8024
    400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada  89145

    and

    Sean P. DeBruine, Esq.
    Admitted *Pro Hac Vice*
    **ALSTON & BIRD, LLP**
    275 Middlefield Road, Suite 150
    Menlo Park, California  94025

    Attorneys for Plaintiff
    ELAN MICROELECTRONICS CORPORATION