SEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:	650-838-2000
Facsimile:	650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>            Defendant. | Case No. 2:10-cv-00014-GMN-(PAL)<br><br>**ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** |

1    The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under Seal, filed on October 21, 2011.  Good cause appearing, Elan's motion is hereby GRANTED.  It is hereby ORDERED that the following documents may be filed under seal:

   1.   Elan Microelectronics Corporation's Opposition to Pixcir Microelectronics Co. Ltd.'s ("Pixcir's") Renewed Motion to Dismiss for Lack of Personal Jurisdiction.

   2.   [Proposed] Order Denying Pixcir's Renewed Motion to Dismiss for Lack of Personal Jurisdiction.

   3.   Elan's Motion for Sanctions for Pixcir's Abuse of the Judicial Process.

   4.   Declaration of Sean P. DeBruine in Support of Elan's (1) Opposition to Pixcir's Renewed Motion to Dismiss, (2) Motion for Sanctions for Abuse of the Judicial Process, and (3) Motion for Sanctions for Failure to Provide Discovery.

   5.   Exhibits G-O to the Declaration of Sean P. DeBruine in Support of Elan's (1) Opposition to Pixcir's Renewed Motion to Dismiss, (2) Motion for Sanctions for Abuse of the Judicial Process, and (3) Motion for Sanctions for Failure to Provide Discovery.

   **IT IS SO ORDERED** this 24th day of October, 2011.

   _____
   Gloria M. Navarro
   United States District Judge

1  Respectfully submitted,

4  By: _____*/s/ Sean P. DeBruine*_____
   Robert J. Caldwell, Esq.
   Nevada Bar No. 7637
   **KOLESAR & LEATHAM, CHTD.**
   Matthew J. Christian, Esq.
   Nevada Bar No. 8024
   400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada  89145

   and

   Sean P. DeBruine, Esq.
   Admitted *Pro Hac Vice*
   **ALSTON & BIRD, LLP**
   275 Middlefield Road, Suite 150
   Menlo Park, California  94025

   Attorneys for Plaintiff
   ELAN MICROELECTRONICS CORPORATION