SEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone: 650-838-2000
Facsimile: 650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>      Defendant. | Case No. 2:10-cv-00014-GMN-(PAL)<br><br>**ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELAN'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR FAILURE TO PROVIDE DISCOVERY** |

Pursuant to Local Rule 10-5(b) and the Court's Protective Order dated September 22, 2011 [Doc. 40], Plaintiff Elan Microelectronics Corporation ("Elan") hereby requests leave of Court to file under seal the following document, which will be filed contemporaneously herewith:

1. Exhibit 4 to the Declaration of Sean P. DeBruine in Support of Elan's Reply in Support of Motion for Sanctions for Failure to Provide Discovery.

As grounds for this motion, Elan states that Exhibit 4 is designated by Defendant Pixcir

1  Microelectronics Co. Ltd. as "Confidential – Attorney Eyes Only" pursuant to the Stipulated
2  Protective Order in this matter.
3      Pursuant to Local Rule 10-5(b), Elan will file the above-referenced paper under seal with
4  the requisite notation: "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED
5  SEPTEMBER 22, 2011."
6  DATED: November 28, 2011    Respectfully submitted,

By:     /s/ Sean P. DeBruine
Robert J. Caldwell, Esq. (Nevada Bar No. 7637)
Matthew J. Christian, Esq. (Nevada Bar No. 8024)
**KOLESAR & LEATHAM, CHTD.**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

and

Sean P. DeBruine, Esq.
Admitted *Pro Hac Vice*
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, California 94025

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 28th day of November, 2011, I served a true and correct copy of foregoing **ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL EXHIBIT 4 TO THE DECLARATION OF SEAN P. DEBRUINE IN SUPPORT OF ELAN'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR FAILURE TO PROVIDE DISCOVERY AND [PROPOSED] ORDER** in one or more of the following manners:

(ELECTRONIC SERVICE) Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

(FACSIMILE) by sending a copy of the above-referenced document by facsimile to the parties at the facsimile numbers listed below; and

(EMAIL) by forwarding a scanned copy of the above-referenced document by email to the parties at the email addresses listed below:

| | |
|---|---|
| Robert E. Krebs, Esq.<br>Ronald F. Lopez, Esq.<br>Christopher L. Ogden, Esq.<br>*Awaiting Pro Hac Vice Applications*<br>Nixon Peabody LLP<br>2 Palo Alto Square, 3000 El Camino Real,<br>Suite 500<br>Palo Alto, California 94306-2106<br><br>**Facsimile:** (650) 320-7701<br><br>**Email:**<br>rkrebs@nixonpeabody.com<br>rflopez@nixonpeabody.com<br>cogden@nixonpeabody.com<br><br>*Attorneys for Defendant,*<br>*Pixcir Microelectronics Corporation* | Kenneth D'Alessandro, Esq.<br>W. West Allen, Esq.<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>**Facsimile:** (702) 949-8365<br><br>**Email:**<br>kdalessandro@lrlaw.com<br>wallen@lrlaw.com<br><br>*Attorneys for Defendant,*<br>*Pixcir Microelectronics Corporation* |

Employee, Alston & Bird LLP

1  SEAN P. DEBRUINE (admitted *pro hac vice*)
   sean.debruine@alston.com
2  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
3  Menlo Park, California  94025
   Telephone:     650-838-2000
4  Facsimile:     650-838-2001

5  ROBERT J. CALDWELL (Bar No. 007637)
   rcaldwell@klnevada.com
6  MATTHEW J. CHRISTIAN (Bar No. 008024)
   mchristian@klnevada.com
7  E. DANIEL KIDD (Bar No. 010106)
   dkidd@klnevada.com
8  KOLESAR & LEATHAM, CHTD.
9  400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada  89145
10 Telephone: (702) 362-7800
   Facsimile:  (702) 362-9472
11
   Attorneys for Plaintiff
12 ELAN MICROELECTRONICS CORPORATION

13
                    **UNITED STATES DISTRICT COURT**
14
                         **DISTRICT OF NEVADA**
15

16 ELAN MICROELECTRONICS              Case No. 2:10-cv-00014-GMN-(PAL)
17 CORPORATION,
                                      **[PROPOSED] ORDER GRANTING
18           Plaintiff,               ELAN MICROELECTRONICS
                                      CORPORATION'S MOTION TO FILE
19      v.                            UNDER SEAL**

20 PIXCIR MICROELECTRONICS CO. LTD.,

21           Defendant.

22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING ELAN'S MOTION TO            Case No. 2:10-cv-00014 GMN-(PAL)
SEAL

1  The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under Seal, filed on November 28, 2011.  Good cause appearing, Elan's motion is hereby GRANTED.  It is hereby ORDERED that the following documents may be filed under seal:

1. Exhibit 4 to the Declaration of Sean P. DeBruine in Support of Elan Microelectronics Corporation's Reply in Support of Motion for Sanctions for Failure to Provide Discovery.

**IT IS SO ORDERED** this 4;ȭ day of "Pqxgodgt."2011.

```
                              _____
                              Rgiiȭ{"C0Nggp
                              United States Ociluvcvg"Judge
```

Respectfully submitted,


By:        */s/ Sean P. DeBruine*
   Robert J. Caldwell, Esq.
   Nevada Bar No. 7637
   **KOLESAR & LEATHAM, CHTD.**
   Matthew J. Christian, Esq.
   Nevada Bar No. 8024
   400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada  89145

   and

   Sean P. DeBruine, Esq.
   Admitted *Pro Hac Vice*
   **ALSTON & BIRD, LLP**
   275 Middlefield Road, Suite 150
   Menlo Park, California  94025

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION