SEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:     650-838-2000
Facsimile:      650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>  Defendant. | Case No. 2:10-cv-00014-GMN-(PAL)<br><br>**ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** |

Pursuant to Local Rule 10-5(b) and the Court's Protective Order dated September 22, 2011 [Dkt. No. 40], Plaintiff Elan Microelectronics Corporation ("Elan") hereby requests leave of Court to file under seal the following document, which will be filed contemporaneously herewith:

  1.  Elan's Motion to Compel Production of Documents and Interrogatory Responses.

  2.  Exhibit 4 to the Declaration of Sean P. DeBruine in Support of Elan's Motion to Compel Production of Documents and Interrogatory Responses.

1  As grounds for this motion, Elan states that Elan's Motion to Compel contains or refers to
2  information designated by Pixcir as "Confidential" or "Confidential – Attorney Eyes Only"
3  pursuant to the Stipulated Protective Order in this matter.  In addition, Exhibit 4 is designated by
4  Defendant Pixcir Microelectronics Co. Ltd. as "Highly Confidential – Attorney Eyes Only"
5  pursuant to the Stipulated Protective Order in this matter.
6  Pursuant to Local Rule 10-5(b), Elan will file the above-referenced papers under seal with
7  the requisite notation:  "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED
8  SEPTEMBER 22, 2011."

9  DATED:  May 21, 2012           Respectfully submitted,

12  By:  _____/s/ Sean P. DeBruine_____
       Robert J. Caldwell, Esq. (Nevada Bar No. 7637)
13     Matthew J. Christian, Esq. (Nevada Bar No. 8024)
       **KOLESAR & LEATHAM, CHTD.**
14     400 South Rampart Boulevard, Suite 400
15     Las Vegas, Nevada  89145

16     and

17     Sean P. DeBruine, Esq.
       Admitted *Pro Hac Vice*
18     **ALSTON & BIRD LLP**
       275 Middlefield Road, Suite 150
19     Menlo Park, California  94025

20     Attorneys for Plaintiff
       ELAN MICROELECTRONICS CORPORATION

23  IT IS SO ORDERED this 23rd
    day of May, 2012.
24
25  _____
    Peggy A. Leen
26  United States Magistrate Judge

ELAN'S MOTION TO FILE UNDER SEAL             2             Case No. 2:10-cv-00014 GMN-(PAL)

# CERTIFICATE OF SERVICE

I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 21st day of May, 2012, I served a true and correct copy of foregoing

**ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL; and**

**[PROPOSED] ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL**

via (ELECTRONIC SERVICE) Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Robert E. Krebs, Esq.
Ronald F. Lopez, Esq.
Christopher L. Ogden, Esq.
Nixon Peabody LLP
2 Palo Alto Square, 3000 El Camino Real,
Suite 500
Palo Alto, California 94306-2106

**Facsimile:** (650) 320-7701

**Email:**
rkrebs@nixonpeabody.com
rflopez@nixonpeabody.com
cogden@nixonpeabody.com

*Attorneys for Defendant,*
*Pixcir Microelectronics Corporation*

Kenneth D'Alessandro, Esq.
W. West Allen, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

**Facsimile:** (702) 949-8365

**Email:**
kdalessandro@lrlaw.com
wallen@lrlaw.com

*Attorneys for Defendant,*
*Pixcir Microelectronics Corporation*

Employee, Alston & Bird LLP

1 | SEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:       650-838-2000
Facsimile:        650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>            Defendant. | Case No. 2:10-cv-00014-GMN-(PAL)<br><br>**[PROPOSED] ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** |

The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under Seal, filed on May 21, 2012.  Good cause appearing, Elan's motion is hereby GRANTED.  It is hereby ORDERED that the following document may be filed under seal:

    1.    Elan's Motion to Compel Production of Documents and Interrogatory Responses.

    2.    Exhibit 4 to the Declaration of Sean P. DeBruine in Support of Elan Microelectronics Corporation's  Motion to Compel Production of Documents and Interrogatory Responses.

**IT IS SO ORDERED** this ____ day of _____, 2012.

_____
The Honorable Peggy A. Leen
United States Magistrate Judge

Respectfully submitted,

By: _____ */s/ Sean P. DeBruine* _____
Robert J. Caldwell, Esq.
Nevada Bar No. 7637
**KOLESAR & LEATHAM, CHTD.**
Matthew J. Christian, Esq.
Nevada Bar No. 8024
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145

and

Sean P. DeBruine, Esq.
Admitted *Pro Hac Vice*
**ALSTON & BIRD, LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION