SEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:       650-838-2000
Facsimile:       650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>           Defendant. | Case No. 2:10-cv-00014-GMN-(PAL)<br><br>**ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** |

The Court has received Plaintiff Elan Microelectronics Corporation's Motion to File Under Seal, filed on July 12, 2012.  Good cause appearing, Elan's motion is hereby GRANTED.  It is hereby ORDERED that the following documents may be filed under seal:

1. Exhibits A-F to the Declaration of Jennifer Liu in Support of Elan's Reply in Support of Its Emergency Motion to Compel.

**IT IS SO ORDERED** this 18th day of July, 2012.

_____
United States Magistrate Judge

Respectfully submitted,

By: _____/s/ Sean P. DeBruine_____
Sean P. DeBruine, Esq.
Admitted *Pro Hac Vice*
**ALSTON & BIRD, LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025

and

Robert J. Caldwell, Esq.
Nevada Bar No. 7637
**KOLESAR & LEATHAM, CHTD.**
Matthew J. Christian, Esq.
Nevada Bar No. 8024
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

LEGAL02/33500253v1