Robert E. Krebs, *Pro Hac Vice admitted*
Christopher L. Ogden, *Pro Hac Vice admitted*
NIXON PEABODY LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 500
Palo Alto, California  94306-2106
Telephone:  (650) 320-7700
Facsimile:  (650) 320-7701
rkrebs@nixonpeabody.com
cogden@nixonpeabody.com

W. West Allen (Nevada Bar No. 5566)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8365
wallen@lrlaw.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>Defendant. | Case No. 2:10-cv-00014-GMN-PAL<br><br>**ORDER GRANTING PIXCIR MICROELECTRONICS CO. LTD.'S MOTION TO FILE UNDER SEAL** |

**[PROPOSED] ORDER**

Pending before this Court is Defendant Pixcir Microelectronics Co. Ltd.'s Motion to File Under Seal pursuant to Local Rule 10-5(b) and the Court's Protective Order dated September 22, 2011.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Pixcir's Motion to Seal, compelling reasons having been shown and good cause existing:

1    IT IS HEREBY ORDERED that Defendant's Motion to Seal is GRANTED. The Clerk of
2  the Court shall file under seal Exhibit B to the Declaration of Christopher L. Ogden in Support of
3  Opposition by Pixcir Microelectronics (Dkt. No. 130).

           IT IS SO ORDERED:

           _____
           UNITED STATES DISTRICT JUDGE

           DATED: July 19, 2012