1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7

ELAN MICROELECTRONICS CORPORATION, )

8

                            Plaintiff, )        Case No. 2:10-cv-00014-GMN-PAL

9

vs.                                    )        **ORDER**

10

PIXCIR MICROELECTRONICS CO. LTD., )    (Counter Motion to Strike - Dkt. #114)

11

                         Defendant. )    (Emergency Mot to Strike - Dkt. #119)

12
13

        Before the court is the Counter Motion by Pixcir Microelectronics Co., Ltd., to Strike Plaintiff

14

Elan Microelectronics Corporation's Amended Disclosure of Asserted Claims and Infringement

15

Contentions (Dkt. #114), and Elan Microelectronics Corporation's Emergency Motion to Strike Non-

16

Infringement, Invalidity and Unenforceability Contentions (Dkt. #119).  The court has considered

17

moving and responsive papers,declarations of counsel (Dkt. ##120, 126, 127, 129, 130, 133), and the

18

arguments of counsel at a hearing conducted July 3, 2012.

19

        Having reviewed and considered the moving and responsive papers and the arguments of

20

counsel,

21

        **IT IS ORDERED** that:

22

        1.       Pixcir's Counter Motion to Strike (Dkt. #114) is **DENIED**.

23

        2.       Elan's Emergency Motion to Strike (Dkt. #119) is **DENIED**.

24

        Dated this 18th day of September, 2012.

25
26

                                     _____

27

                                 PEGGY A. LEEN
                                 UNITED STATES MAGISTRATE JUDGE

28