# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELAN MICROELECTRONICS CORPORATION,

      Plaintiff,

vs.

PIXCIR MICROELECTRONICS CO. LTD.,

      Defendant.

Case No. 2:10-cv-00014-GMN-PAL

**ORDER**

(Counter Motion to Strike - Dkt. #114)
(Emergency Mot to Strike - Dkt. #119)

  Before the court is the Counter Motion by Pixcir Microelectronics Co., Ltd., to Strike Plaintiff Elan Microelectronics Corporation's Amended Disclosure of Asserted Claims and Infringement Contentions (Dkt. #114), and Elan Microelectronics Corporation's Emergency Motion to Strike Non-Infringement, Invalidity and Unenforceability Contentions (Dkt. #119). The court has considered moving and responsive papers, declarations of counsel (Dkt. ##120, 126, 127, 129, 130, 133), and the arguments of counsel at a hearing conducted July 3, 2012.

  Having reviewed and considered the moving and responsive papers and the arguments of counsel,

  **IT IS ORDERED** that:

  1. Pixcir's Counter Motion to Strike (Dkt. #114) is **DENIED**.

  2. Elan's Emergency Motion to Strike (Dkt. #119) is **DENIED**.

  Dated this 18th day of September, 2012.

                       _____
                       PEGGY A. LEEN
                       UNITED STATES MAGISTRATE JUDGE