1  SEAN P. DEBRUINE (admitted *pro hac vice*)
   sean.debruine@alston.com
2  JENNIFER (CELINE) LIU (admitted *pro hac vice*)
   celine.liu@alston.com
3  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
4  Menlo Park, California  94025
   Telephone:      650-838-2000
5  Facsimile:      650-838-2001

6  ROBERT J. CALDWELL (Bar No. 007637)
   rcaldwell@klnevada.com
7  MATTHEW J. CHRISTIAN (Bar No. 008024)
   mchristian@klnevada.com
8  E. DANIEL KIDD (Bar No. 010106)
   dkidd@klnevada.com
9  KOLESAR & LEATHAM, CHTD.
10 400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada  89145
11 Telephone: (702) 362-7800
   Facsimile:  (702) 362-9472
12
   Attorneys for Plaintiff
13 ELAN MICROELECTRONICS CORPORATION

14
                    **UNITED STATES DISTRICT COURT**
15
                         **DISTRICT OF NEVADA**
16

17 ELAN MICROELECTRONICS                    Case No. 2:10-cv-00014-GMN-(PAL)
   CORPORATION,
18                                                    **ORDER GRANTING**
                                           **ELAN MICROELECTRONICS**
19          Plaintiff,                     **CORPORATION'S MOTION TO FILE**
                                           **UNDER SEAL**
20     v.

21 PIXCIR MICROELECTRONICS CO. LTD.,

22          Defendant.

23

24

25

26

27

28

1    The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under

2    Seal, filed on December 21, 2012.  Good cause appearing, Elan's motion is hereby GRANTED.  It

3    is hereby ORDERED that the following documents may be filed under seal:

4        1.    Elan's Motion to Compel Production of Communications and Work Product

5    Improperly Withheld on the Basis of Privilege.

6        2.    Exhibit A to the Declaration of Sean P. DeBruine in Support of Elan's Motion to

7    Compel Production of Communications and Work Product Improperly Withheld on the Basis of

8    Privilege.

9        3.    Exhibit B to the Declaration of Sean P. DeBruine in Support of Elan's Motion to

10   Compel Production of Communications and Work Product Improperly Withheld on the Basis of

11   Privilege.

12       4.    Exhibit G to the Declaration of Sean P. DeBruine in Support of Elan's Motion to

13   Compel Production of Communications and Work Product Improperly Withheld on the Basis of

14   Privilege.

15       5.    Exhibit 2 to the Declaration of Sean P. DeBruine in Support of Elan's Emergency

16   Motion to Compel Deposition Testimony Pursuant to Rule 30(b)(6).

17       6.    Exhibit 3 to the Declaration of Sean P. DeBruine in Support of Elan's Emergency

18   Motion to Compel Deposition Testimony Pursuant to Rule 30(b)(6).

19       7.    Exhibit 4 to the Declaration of Sean P. DeBruine in Support of Elan's Emergency

20   Motion to Compel Deposition Testimony Pursuant to Rule 30(b)(6).

21       8.    Exhibit 5 to the Declaration of Sean P. DeBruine in Support of Elan's Emergency

22   Motion to Compel Deposition Testimony Pursuant to Rule 30(b)(6).

23

24

25   **IT IS SO ORDERED** this 26th day of December, 2012.

26

27   _____

28   UNITED STATES DISTRICT JUDGE

Respectfully submitted,


By:  _____/s/ Sean P. DeBruine_____
       Robert J. Caldwell, Esq.
       Nevada Bar No. 7637
       **KOLESAR & LEATHAM, CHTD.**
       Matthew J. Christian, Esq.
       Nevada Bar No. 8024
       400 South Rampart Boulevard, Suite 400
       Las Vegas, Nevada  89145

       and

       Sean P. DeBruine, Esq.
       Admitted *Pro Hac Vice*
       **ALSTON & BIRD, LLP**
       275 Middlefield Road, Suite 150
       Menlo Park, California  94025

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION