Robert E. Krebs, *Pro Hac Vice*
Christopher L. Ogden, *Pro Hac Vice*
NIXON PEABODY LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 500
Palo Alto, California 94306-2106
Telephone: (650) 320-7700
Fax:  (650) 320-7701
email:  rekrebs@nixonpeabody.com
        cogden@nixonpeabody.com

W. West Allen (Nevada Bar No. 5566)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Fax: (702) 949-8365
email:  wallen@lrlaw.com

Attorneys for Defendant
PIXCIR MICROELECTRONICS CO. LTD

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>             Plaintiff,<br><br>    vs.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>             Defendant. | CASE NO. 2:10-cv-00014-GMN-(PAL)<br><br>**ORDER GRANTING MOTION BY PIXCIR MICROELECTRONICS CO. LTD. FOR AN EXTENSION OF TIME TO RESPOND TO ELAN MOTIONS, DOCKETS NOS. 193 AND 196** |

The Court has received the Motion by Pixcir Microelectronics Co. Ltd. ("Pixcir") for an Extension of Time to Respond to Elan Motions, Dockets Nos. 193 and 196. Good cause appearing, Pixcir's motion is hereby GRANTED.

It is hereby ORDERED that Pixcir shall have until **January 14, 2013** to respond to Elan Microelectronics Corporation's Motion to Compel Production of Communications and Work Product

[PROPOSED] ORDER

[Allegedly] Improperly Withheld on the Basis of Privilege (Dkt. No. 193), and Elan Microelectronics Corporation's Emergency Motion to Compel Deposition Testimony Pursuant to Rule 30(b)(6) (Dkt. No. 196).

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: \_\_\_\_\_January 11\_\_\_\_\_, 2013.

DATED: January 7, 2013                    Respectfully submitted,

By: /s/ Christopher L. Ogden
    Robert E. Krebs
    Christopher L. Ogden
    NIXON PEABODY LLP

    W. West Allen, Esq.
    LEWIS AND ROCA LLP

    Attorneys for Defendant
    PIXCIR MICROELECTRONICS CO. LTD.

**CERTIFICATE OF SERVICE**

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 7th day of January, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule 5-4. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              /s/ Christopher L. Ogden