N toSEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
JENNIFER (CELINE) LIU (admitted *pro hac vice*)
celine.liu@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:    650-838-2000
Facsimile:     650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>              Defendant. | Case No. 2:10-cv-00014-GMN-(PAL)<br><br>**ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** |

The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under Seal, filed on January 15, 2013. Good cause appearing, Elan's motion is hereby GRANTED. It is hereby ORDERED that the following documents may be filed under seal:

1. Elan Microelectronics Corporation's Motion to Compel Production of Pixcir Microelectronics Co. Ltd.'s Taiwan Documents; and

2. Exhibits A, C, D, G through N to the Declaration of Sean P. DeBruine in Support of Elan's Motion to Compel Production of Pixcir Microelectronics Co. Ltd.'s ("Pixcir's") Taiwan documents.

**IT IS SO ORDERED** this 46ÿ day of'Lcpwct{, 2013.

_____
The Honorable Peggy A. Leen
United States Magistrate Judge

Respectfully submitted,

By:            /s/ Sean P. DeBruine
Robert J. Caldwell, Esq.
Nevada Bar No. 7637
**KOLESAR & LEATHAM, CHTD.**
Matthew J. Christian, Esq.
Nevada Bar No. 8024
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145

and

Sean P. DeBruine, Esq.
Admitted *Pro Hac Vice*
**ALSTON & BIRD, LLP**
275 Middlefield Road, Suite 150
Menlo Park, California  94025

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

[PROPOSED] ORDER GRANTING ELAN'S MOTION TO SEAL — - 1 - — Case No. 2:10-cv-00014 GMN-(PAL)

# CERTIFICATE OF SERVICE

I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 17th day of January, 2013, I served a true and correct copy of foregoing **[PROPOSED] ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** in one or more of the following manners:

(ELECTRONIC SERVICE)  Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Robert E. Krebs, Esq.<br>Ronald F. Lopez, Esq.<br>Christopher L. Ogden, Esq.<br>*Awaiting Pro Hac Vice Applications*<br>Nixon Peabody LLP<br>2 Palo Alto Square, 3000 El Camino Real, Suite 500<br>Palo Alto, California 94306-2106<br><br>**Facsimile:** (650) 320-7701<br><br>**Email:**<br>rkrebs@nixonpeabody.com<br>rflopez@nixonpeabody.com<br>cogden@nixonpeabody.com<br><br>*Attorneys for Defendant,*<br>*Pixcir Microelectronics Corporation* | Kenneth D'Alessandro, Esq.<br>W. West Allen, Esq.<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>**Facsimile:** (702) 949-8365<br><br>**Email:**<br>kdalessandro@lrlaw.com<br>wallen@lrlaw.com<br><br>*Attorneys for Defendant,*<br>*Pixcir Microelectronics Corporation* |

                                       */s/ Kate Smith*
                                 Employee, Alston & Bird LLP