N toSEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
JENNIFER (CELINE) LIU (admitted *pro hac vice*)
celine.liu@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:	650-838-2000
Facsimile:	650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>PIXCIR MICROELECTRONICS CO. LTD.,<br><br>       Defendant. | Case No. 2:10-cv-00014-GMN-(PAL)<br><br>**ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** |

1  The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under
2  Seal, filed on January 15, 2013.  Good cause appearing, Elan's motion is hereby GRANTED.  It is
3  hereby ORDERED that the following documents may be filed under seal:
4      1.    Elan Microelectronics Corporation's Motion to Compel Production of Pixcir
5  Microelectronics Co. Ltd.'s Taiwan Documents; and
6      2.    Exhibits A, C, D, G through N to the Declaration of Sean P. DeBruine in Support
7  of Elan's Motion to Compel Production of Pixcir Microelectronics Co. Ltd.'s ("Pixcir's") Taiwan
8  documents.

10  **IT IS SO ORDERED** this 46vj day of Ncpwct{, 2013.

12  _____
    The Honorable Peggy A. Leen
13  United States Magistrate Judge

15  Respectfully submitted,

18  By:  /s/ Sean P. DeBruine
    Robert J. Caldwell, Esq.
19  Nevada Bar No. 7637
    **KOLESAR & LEATHAM, CHTD.**
20  Matthew J. Christian, Esq.
    Nevada Bar No. 8024
21  400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada  89145
22
23  and

    Sean P. DeBruine, Esq.
24  Admitted *Pro Hac Vice*
    **ALSTON & BIRD, LLP**
25  275 Middlefield Road, Suite 150
    Menlo Park, California  94025
26
27  Attorneys for Plaintiff
    ELAN MICROELECTRONICS CORPORATION
28

[PROPOSED] ORDER GRANTING
ELAN'S MOTION TO SEAL      - 1 -      Case No. 2:10-cv-00014 GMN-(PAL)

CERTIFICATE OF SERVICE

I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 17th day of January, 2013, I served a true and correct copy of foregoing **[PROPOSED] ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** in one or more of the following manners:

(ELECTRONIC SERVICE)  Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Robert E. Krebs, Esq.<br>Ronald F. Lopez, Esq.<br>Christopher L. Ogden, Esq.<br>*Awaiting Pro Hac Vice Applications*<br>Nixon Peabody LLP<br>2 Palo Alto Square, 3000 El Camino Real, Suite 500<br>Palo Alto, California 94306-2106<br><br>**Facsimile:** (650) 320-7701<br><br>**Email:**<br>rkrebs@nixonpeabody.com<br>rflopez@nixonpeabody.com<br>cogden@nixonpeabody.com<br><br>*Attorneys for Defendant,*<br>*Pixcir Microelectronics Corporation* | Kenneth D'Alessandro, Esq.<br>W. West Allen, Esq.<br>Lewis and Roca, LLP<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br><br>**Facsimile:** (702) 949-8365<br><br>**Email:**<br>kdalessandro@lrlaw.com<br>wallen@lrlaw.com<br><br>*Attorneys for Defendant,*<br>*Pixcir Microelectronics Corporation* |

                                          */s/ Kate Smith*
                                    Employee, Alston & Bird LLP