SEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
JENNIFER (CÉLINE) LIU (admitted *pro hac vice*)
celine.liu@alston.com
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, California  94025
Telephone:      650-838-2000
Facsimile:      650-838-2001

ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
KOLESAR & LEATHAM, CHTD.
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone: (702) 362-7800
Facsimile:  (702) 362-9472

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELAN MICROELECTRONICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PIXCIR MICROELECTRONICS CO. LTD., <br><br> Defendant. | Case No. 2:10-cv-00014-GMN-(PAL) <br><br> **ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** |

1    Pursuant to Local Rule 10-5(b) and the Court's Protective Order dated September 22, 2011

2  [Dkt. No. 40], plaintiff Elan Microelectronics Corporation ("Elan") hereby requests leave of Court

3  to file under seal the following documents, which will be filed contemporaneously herewith:

4         1.      Elan Microelectronics Corporation's Reply in Support of Elan's Motion to Compel

5  Production of Communications and Work Product Improperly Withheld on the Basis of Privilege;

6  and

7         2.      Exhibits A-D to the Supplemental Declaration of Sean P. DeBruine in Support of

8  Elan Microelectronics Corporation's Motion to Compel Production of Communications and Work

9  Product Improperly Withheld on the basis of Privilege.

10        3.      As grounds for this motion, Elan states that Elan's Motion contains information

11  designated by Pixcir as "Confidential" or "Confidential – Attorney Eyes Only" pursuant to the

12  Stipulated Protective Order in this matter.

13        Pursuant to Local Rule 10-5(b), Elan will file the above-referenced paper under seal with

14  the requisite notation:  "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED

15  SEPTEMBER 22, 2011."

16  DATED:  January 23, 2013            Respectfully submitted,

17

18

19                                    By:   _____/s/ Sean P. DeBruine_____
20                                          Robert J. Caldwell, Esq. (Nevada Bar No. 7637)
                                            Matthew J. Christian, Esq. (Nevada Bar No. 8024)
21                                          **KOLESAR & LEATHAM, CHTD.**
                                            400 South Rampart Boulevard, Suite 400
22                                          Las Vegas, Nevada  89145

23                                          and

24                                          Sean P. DeBruine, Esq.
                                            Admitted *Pro Hac Vice*
25                                          **ALSTON & BIRD LLP**
                                            275 Middlefield Road, Suite 150
26                                          Menlo Park, California  94025

27                                          Attorneys for Plaintiff
                                            ELAN MICROELECTRONICS CORPORATION
28

ELAN'S MOTION TO SEAL                     2                    Case No. 2:10-cv-00014 GMN-(PAL)

**CERTIFICATE OF SERVICE**

I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 23rd day of January, 2013, I served a true and correct copy of foregoing **ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** in one or more of the following manners via:

(ELECTRONIC SERVICE)  Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Robert E. Krebs, Esq.
Ronald F. Lopez, Esq.
Christopher L. Ogden, Esq.
*Awaiting Pro Hac Vice Applications*
Nixon Peabody LLP
2 Palo Alto Square, 3000 El Camino Real, Suite 500
Palo Alto, California 94306-2106

**Facsimile:** (650) 320-7701

**Email:**
rkrebs@nixonpeabody.com
rflopez@nixonpeabody.com
cogden@nixonpeabody.com

*Attorneys for Defendant,*
*Pixcir Microelectronics Corporation*

Kenneth D'Alessandro, Esq.
W. West Allen, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

**Facsimile:** (702) 949-8365

**Email:**
kdalessandro@lrlaw.com
wallen@lrlaw.com

*Attorneys for Defendant,*
*Pixcir Microelectronics Corporation*

*/s/ Kate Smith*
Employee, Alston & Bird LLP

1  SEAN P. DEBRUINE (admitted *pro hac vice*)
   sean.debruine@alston.com
2  JENNIFER (CELINE) LIU (admitted *pro hac vice*)
   celine.liu@alston.com
3  ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
4  Menlo Park, California  94025
   Telephone:      650-838-2000
5  Facsimile:      650-838-2001

6  ROBERT J. CALDWELL (Bar No. 007637)
   rcaldwell@klnevada.com
7  MATTHEW J. CHRISTIAN (Bar No. 008024)
   mchristian@klnevada.com
8  E. DANIEL KIDD (Bar No. 010106)
   dkidd@klnevada.com
9  KOLESAR & LEATHAM, CHTD.
10 400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada  89145
11 Telephone: (702) 362-7800
   Facsimile:  (702) 362-9472
12
   Attorneys for Plaintiff
13 ELAN MICROELECTRONICS CORPORATION

14
                        **UNITED STATES DISTRICT COURT**
15
                            **DISTRICT OF NEVADA**
16

17 ELAN MICROELECTRONICS                      Case No. 2:10-cv-00014-GMN-(PAL)
   CORPORATION,
18                                            **[PROPOSED] ORDER GRANTING**
                                              **ELAN MICROELECTRONICS**
19            Plaintiff,                      **CORPORATION'S MOTION TO FILE**
                                              **UNDER SEAL**
20       v.

21 PIXCIR MICROELECTRONICS CO. LTD.,

22            Defendant.

23

24

25

26

27

28

1    The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under
2    Seal, filed on January 23, 2013.  Good cause appearing, Elan's motion is hereby GRANTED.  It is
3    hereby ORDERED that the following documents may be filed under seal:
4        1.    Elan Microelectronics Corporation's Reply in Support of Elan Microelectronics
5    Corporation's Motion to Compel Production of Communications and Work Product Improperly
6    Withheld on the Basis of Privilege; and
7        2.    Exhibits A – D to the Supplemental Declaration Of Sean P. DeBruine In Support
8    Of Elan Microelectronics Corporation's Motion To Compel Production Of Communications And
9    Work Product Improperly Withheld On The Basis Of Privilege.

11    **IT IS SO ORDERED** this 4: ýj  day of'Ïcpwct{, 2013.

                                                    The Honorable Peggy A. Leen
                                                    United States Magistrate Judge

Respectfully submitted,

By: _____/s/ Sean P. DeBruine_____
     Robert J. Caldwell, Esq.
     Nevada Bar No. 7637
     **KOLESAR & LEATHAM, CHTD.**
     Matthew J. Christian, Esq.
     Nevada Bar No. 8024
     400 South Rampart Boulevard, Suite 400
     Las Vegas, Nevada 89145

     and

     Sean P. DeBruine, Esq.
     Admitted *Pro Hac Vice*
     **ALSTON & BIRD, LLP**
     275 Middlefield Road, Suite 150
     Menlo Park, California 94025

Attorneys for Plaintiff
ELAN MICROELECTRONICS CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 23rd day of January, 2013, I served a true and correct copy of foregoing **[PROPOSED] ORDER GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE UNDER SEAL** in one or more of the following manners:

(ELECTRONIC SERVICE)  Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Robert E. Krebs, Esq. | Kenneth D'Alessandro, Esq. |
| Ronald F. Lopez, Esq. | W. West Allen, Esq. |
| Christopher L. Ogden, Esq. | Lewis and Roca, LLP |
| *Awaiting Pro Hac Vice Applications* | 3993 Howard Hughes Parkway |
| Nixon Peabody LLP | Suite 600 |
| 2 Palo Alto Square, 3000 El Camino Real, | Las Vegas, Nevada 89169 |
| Suite 500 | |
| Palo Alto, California 94306-2106 | **Facsimile:** (702) 949-8365 |
| **Facsimile:** (650) 320-7701 | **Email:** |
| | kdalessandro@lrlaw.com |
| **Email:** | wallen@lrlaw.com |
| rkrebs@nixonpeabody.com | |
| rflopez@nixonpeabody.com | *Attorneys for Defendant,* |
| cogden@nixonpeabody.com | *Pixcir Microelectronics Corporation* |
| | |
| *Attorneys for Defendant,* | |
| *Pixcir Microelectronics Corporation* | |

*/s/ Kate Smith*
Employee, Alston & Bird LLP