1   SEAN P. DEBRUINE (admitted *pro hac vice*)
    sean.debruine@alston.com
2   JENNIFER (CELINE) LIU (admitted *pro hac vice*)
    celine.liu@alston.com
3   ALSTON & BIRD LLP
    275 Middlefield Road, Suite 150
4   Menlo Park, California  94025
    Telephone:      650-838-2000
5   Facsimile:      650-838-2001

6   ROBERT J. CALDWELL (Bar No. 007637)
    rcaldwell@klnevada.com
7   MATTHEW J. CHRISTIAN (Bar No. 008024)
    mchristian@klnevada.com
8   E. DANIEL KIDD (Bar No. 010106)
    dkidd@klnevada.com
9   KOLESAR & LEATHAM, CHTD.
10  400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada  89145
11  Telephone: (702) 362-7800
    Facsimile:  (702) 362-9472
12
    Attorneys for Plaintiff
13  ELAN MICROELECTRONICS CORPORATION

14
                        **UNITED STATES DISTRICT COURT**
15
                            **DISTRICT OF NEVADA**
16

17  ELAN MICROELECTRONICS                     Case No. 2:10-cv-00014-GMN-(PAL)
    CORPORATION,
18                                            **ELAN MICROELECTRONICS**
                                              **CORPORATION'S MOTION TO FILE**
19              Plaintiff,                    **UNDER SEAL**

20        v.

21  PIXCIR MICROELECTRONICS CO. LTD.,

22              Defendant.

23

24

25

26

27

28

ELAN'S MOTION TO SEAL                    1              Case No. 2:10-cv-00014 GMN-(PAL)

1    Pursuant to Local Rule 10-5(b) and the Court's Protective Order dated September 22, 2011

2    [Dkt. No. 40], plaintiff Elan Microelectronics Corporation ("Elan") hereby requests leave of Court

3    to file under seal the following documents, which will be filed contemporaneously herewith:

4         1.    Elan Microelectronics Corporation's Reply in Support of Elan's Motion to Compel

5    Production of Communications and Work Product Improperly Withheld on the Basis of Privilege;

6    and

7         2.    Exhibits A-D to the Supplemental Declaration of Sean P. DeBruine in Support of

8    Elan Microelectronics Corporation's Motion to Compel Production of Communications and Work

9    Product Improperly Withheld on the basis of Privilege.

10        3.    As grounds for this motion, Elan states that Elan's Motion contains information

11   designated by Pixcir as "Confidential" or "Confidential – Attorney Eyes Only" pursuant to the

12   Stipulated Protective Order in this matter.

13        Pursuant to Local Rule 10-5(b), Elan will file the above-referenced paper under seal with

14   the requisite notation:  "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED

15   SEPTEMBER 22, 2011."

16   DATED:  January 23, 2013          Respectfully submitted,

17

18

19                          By: _____*/s/ Sean P. DeBruine*_____
                               Robert J. Caldwell, Esq. (Nevada Bar No. 7637)
20                             Matthew J. Christian, Esq. (Nevada Bar No. 8024)
                               **KOLESAR & LEATHAM, CHTD.**
21                             400 South Rampart Boulevard, Suite 400
                               Las Vegas, Nevada  89145
22
                               and
23
                               Sean P. DeBruine, Esq.
24                             Admitted *Pro Hac Vice*
                               **ALSTON & BIRD LLP**
25                             275 Middlefield Road, Suite 150
                               Menlo Park, California  94025
26
                               Attorneys for Plaintiff
27                             ELAN MICROELECTRONICS CORPORATION

28

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 23rd day of

4    January, 2013, I served a true and correct copy of foregoing **ELAN MICROELECTRONICS**

5    **CORPORATION'S MOTION TO FILE UNDER SEAL** in one or more of the following

6    manners via:

7        (ELECTRONIC SERVICE)  Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced

8    document was electronically filed and served upon the parties listed below through the Court's

9    Case Management and Electronic Case Filing (CM/ECF) system:

10

Robert E. Krebs, Esq.                          Kenneth D'Alessandro, Esq.
11   Ronald F. Lopez, Esq.                          W. West Allen, Esq.
Christopher L. Ogden, Esq.                     Lewis and Roca, LLP
12   *Awaiting Pro Hac Vice Applications*            3993 Howard Hughes Parkway
Nixon Peabody LLP                              Suite 600
13   2 Palo Alto Square, 3000 El Camino Real,       Las Vegas, Nevada 89169
Suite 500
14   Palo Alto, California 94306-2106              **Facsimile:** (702) 949-8365

15   **Facsimile:** (650) 320-7701                   **Email:**
kdalessandro@lrlaw.com
16   **Email:**                                      wallen@lrlaw.com
rkrebs@nixonpeabody.com
17   rflopez@nixonpeabody.com                        *Attorneys for Defendant,*
cogden@nixonpeabody.com                        *Pixcir Microelectronics Corporation*

18
*Attorneys for Defendant,*
19   *Pixcir Microelectronics Corporation*

20

21                                                          */s/ Kate Smith*
22                                                   Employee, Alston & Bird LLP

23

24

25

26

27

28

CERTIFICATE OF SERVICE                        3                    Case No. 2:10-cv-00014 GMN-(PAL)

1 | SEAN P. DEBRUINE (admitted *pro hac vice*)
sean.debruine@alston.com
2 | JENNIFER (CELINE) LIU (admitted *pro hac vice*)
celine.liu@alston.com
3 | ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
4 | Menlo Park, California  94025
Telephone:      650-838-2000
5 | Facsimile:      650-838-2001

6 | ROBERT J. CALDWELL (Bar No. 007637)
rcaldwell@klnevada.com
7 | MATTHEW J. CHRISTIAN (Bar No. 008024)
mchristian@klnevada.com
8 | E. DANIEL KIDD (Bar No. 010106)
dkidd@klnevada.com
9 | KOLESAR & LEATHAM, CHTD.
10 | 400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
11 | Telephone: (702) 362-7800
Facsimile:  (702) 362-9472
12 |
Attorneys for Plaintiff
13 | ELAN MICROELECTRONICS CORPORATION

14

**UNITED STATES DISTRICT COURT**

15

**DISTRICT OF NEVADA**

16

17 | ELAN MICROELECTRONICS
CORPORATION,

Case No. 2:10-cv-00014-GMN-(PAL)

18
**[PROPOSED] ORDER GRANTING**
19 |             Plaintiff, | **ELAN MICROELECTRONICS**
**CORPORATION'S MOTION TO FILE**
20 |       v. | **UNDER SEAL**

21 | PIXCIR MICROELECTRONICS CO. LTD.,

22 |             Defendant.

23

24

25

26

27

28

1    The Court has received plaintiff Elan Microelectronics Corporation's Motion to File Under

2    Seal, filed on January 23, 2013.  Good cause appearing, Elan's motion is hereby GRANTED.  It is

3    hereby ORDERED that the following documents may be filed under seal:

4            1.      Elan Microelectronics Corporation's Reply in Support of Elan Microelectronics

5    Corporation's Motion to Compel Production of Communications and Work Product Improperly

6    Withheld on the Basis of Privilege; and

7            2.      Exhibits A – D to the Supplemental Declaration Of Sean P. DeBruine In Support

8    Of Elan Microelectronics Corporation's Motion To Compel Production Of Communications And

9    Work Product Improperly Withheld On The Basis Of Privilege.

10

11           **IT IS SO ORDERED** this 4:ýj  day of'Lcpwct{, 2013.

12

13                                                              _____
                                                                The Honorable Peggy A. Leen
14                                                              United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Respectfully submitted,

2

3

4    By: _____*/s/ Sean P. DeBruine*_____

        Robert J. Caldwell, Esq.

5         Nevada Bar No. 7637

        **KOLESAR & LEATHAM, CHTD.**

6         Matthew J. Christian, Esq.

        Nevada Bar No. 8024

7         400 South Rampart Boulevard, Suite 400

        Las Vegas, Nevada  89145

8

        and

9

        Sean P. DeBruine, Esq.

10        Admitted *Pro Hac Vice*

        **ALSTON & BIRD, LLP**

11        275 Middlefield Road, Suite 150

        Menlo Park, California  94025

12

        Attorneys for Plaintiff

13       ELAN MICROELECTRONICS CORPORATION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that I am an Employee of Alston & Bird LLP, and that on the 23rd day of

January, 2013, I served a true and correct copy of foregoing **[PROPOSED] ORDER**

**GRANTING ELAN MICROELECTRONICS CORPORATION'S MOTION TO FILE**

**UNDER SEAL** in one or more of the following manners:

(ELECTRONIC SERVICE)  Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced

document was electronically filed and served upon the parties listed below through the Court's

Case Management and Electronic Case Filing (CM/ECF) system:

Robert E. Krebs, Esq.
Ronald F. Lopez, Esq.
Christopher L. Ogden, Esq.

*Awaiting Pro Hac Vice Applications*
Nixon Peabody LLP

2 Palo Alto Square, 3000 El Camino Real,
Suite 500

Palo Alto, California 94306-2106

**Facsimile:** (650) 320-7701

**Email:**
rkrebs@nixonpeabody.com

rflopez@nixonpeabody.com
cogden@nixonpeabody.com

*Attorneys for Defendant,*

*Pixcir Microelectronics Corporation*

Kenneth D'Alessandro, Esq.
W. West Allen, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

**Facsimile:** (702) 949-8365

**Email:**
kdalessandro@lrlaw.com
wallen@lrlaw.com

*Attorneys for Defendant,*
*Pixcir Microelectronics Corporation*

*/s/ Kate Smith*
Employee, Alston & Bird LLP